United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MATILDE SANTIAGO-SAN JUAN, § *Plaintiff,* § § v. § KRISTI NOEM, § PAMELA JO BONDI, § TODD LYONS, § SYLVESTER ORTEGA, § and JOSE RODRIGUEZ JR., § *Defendants.* § | Civil No. 5:26-cv-00137 |

## ORDER

Petitioner is currently detained by United States Immigration and Customs Enforcement at Dilley Immigration Processing Center in Dilley, Texas. Dkt. No. 1 at 2. In response to his detention, Petitioner has filed a Petition for Habeas Corpus under 28 U.S.C. § 2241 in the Southern District of Texas, Laredo Division. *Id.* Dilley, Texas, however, is located in Frio County, which falls in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). Jurisdiction for Habeas Corpus Petitions "lies in only one district: the district of confinement." *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)). Accordingly, venue in the Southern District of Texas is improper, and this case should be brought in the Western District of Texas.

When a case is erroneously filed in the wrong division or district, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. § 1406.

IT IS SO ORDERED

Signed this February 2, 2026, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge